IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNETH R. MILLER,

                              Plaintiff,

            v.                              CASE NO. 06-3118-SAC

WILLIAM L. CUMMINGS,
et al.,

                              Defendants.

O R D E R

       During screening in this case, the court issued a show
cause order to plaintiff upon finding the complaint was subject
to dismissal for failure to show exhaustion and to allege
sufficient facts to state a claim.  Instead of responding to the
show cause order, plaintiff has filed a Motion for Voluntary
Dismissal (Doc. 4) so that he may cure deficiencies in his
claims.  See Rule 41(a), FRCP.  Summons has not issued in this
case.  The court finds the motion should be granted, and the
action dismissed without prejudice.

       **IT IS THEREFORE ORDERED** that plaintiff's motion for
Voluntary Dismissal (Doc. 4) is sustained; and this action is
dismissed and all relief denied without prejudice under FRCP
41(a).

       **IT IS SO ORDERED**.

       Dated this 7th day of June, 2006, at Topeka, Kansas.

<u>s/Sam A. Crow</u>
U. S. Senior District Judge